PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. Bruce Wehlre                                          Criminal No. 06-775

### Petition for Action on Conditions of Pretrial Release

COMES NOW **Jonathan Muller** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Bruce Wehlre**, who was placed under pretrial release supervision by the **Honorable Madeline Cox Arleo** sitting in the Court at Newark, on April 27, 2005, under the following conditions: $500,000 bond secured by the available equity found in his residence located at 5 Franklin Avenue, Leonardo, New Jersey, and co-signed by his wife, Patricia Wehrle; Pretrial Services Supervision; travel restricted to New Jersey, unless otherwise approved by Pretrial Services; surrender passport/do not apply for travel documents; drug testing and treatment, as deemed necessary. Subsequent to his release, an order was signed prohibiting the defendant from possessing any weapons.

On September 25, 2006, the defendant appeared before Your Honor and pled guilty. At that time, the defendant was placed on 24 hour house arrest with electronic monitoring, with exceptions for court related matters, employment and medical appointments.

Respectfully presenting petition for action of Court and for cause as follows

**[SEE ATTACHED ADDENDUM]**

PRAYING THAT THE COURT WILL ORDER **a Warrant be issued and a bail review hearing be held.**

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this 2nd day of October, 2006 and ordered filed and made a part of the records in the above case. | Executed on October 2, 2006 |
| _____ Honorable Stanley R. Chesler United States District Judge | _____ Jonathan Muller United States Pretrial Services Officer |